IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH MORRIS AND MATTIE T. MORRIS, § § § | |
| Plaintiffs, § § | |
| VS. § | CASE NO.: 4:18-cv-03026 |
| § | |
| DEUTSCHE BANK TRUST COMPANY, NATIONAL ASSOCIATION, § § § § § | |
| Defendant. § | |

## JOINT STATUS REPORT

Plaintiffs Joseph Morris and Mattie T. Morris and Defendant/Counter-Plaintiff Deutsche Bank National Trust Company, solely in its capacity as Trustee for the IndyMac INDX Mortgage Loan Trust 2006-AR8 Mortgage Pass-Through Certificates, Series 2006-AR8 Under the Pooling and Servicing Agreement dated May 1, 2006 submit this Joint Status Report regarding the Fifth Circuit Court of Appeals' certified question to the Supreme Court of Texas in *Zepeda v. Fed. Home Loan Mortg. Corp.*, No. 18-20336, 2019 WL 3820019, 2019 U.S. App. LEXIS 24330 (5th Cir. Aug. 15, 2019).

The Texas Supreme Court accepted the certified question and held oral argument on December 4, 2019. The court has not issued its opinion. The case is styled *Federal Home Loan Mortgage Corporation v. Sylvia Zepeda*, and the case number is 19-0712.

1

DATE: February 24, 2020									Respectfully submitted,

*/s/ Kyle A. Owens*
**RICHARD A. SAYLES, Lead Counsel**
Texas Bar No. 17697500
dsayles@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 939-8700
(214) 939-8787 (Facsimile)

**CHRISTOPHER D. KRATOVIL**
Southern District Bar No. 623302
Texas Bar No. 24027427
ckratovil@dykema.com
**ADAM NUNNALLEE**
Southern District Bar No. 1287826
Texas Bar No. 2405743
anunnallee@dykema.com
**KYLE A. OWENS**
Southern District Bar No. 590511
Texas Bar No. 24046573
kowens@dykema.com
**DYKEMA GOSSETT, PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**ATTORNEYS FOR TRUSTEE**

**THE LANE LAW FIRM, PLLC**

By: /s/ *Robert "Chip" C. Lane*
Robert "Chip" C. Lane
State Bar No. 24046263
So. District Bar No. 570982
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
joshua.gordon@lanelaw.com
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on February 24, 2020, in accordance with the Federal Rules of Civil Procedure.

*/s/   Kyle A. Owens*
Kyle A. Owens