IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH MORRIS AND MATTIE T. MORRIS, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CASE NO. 4:18-cv-03026 |
| DEUTSCHE BANK TRUST COMPANY, NATIONAL ASSOCIATION | § § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION ON UNRESOLVED REQUESTS FOR RELIEF

Plaintiff Joseph Morris and Defendant/Counter-Plaintiff Deutsche Bank National Trust Company, solely in its capacity as Trustee for the IndyMac INDX Mortgage Loan Trust 2006-AR8 Mortgage Pass-Through Certificates, Series 2006-AR8 Under the Pooling and Servicing Agreement dated May 1, 2006 (the "Trustee") (incorrectly named as "Deutsche Bank Trust Company, National Association"), together file this Joint Stipulation resolving the Trustee's requests for relief that remain unresolved following the Court's February 3, 2021 Memorandum and Order on the parties' cross-motions for summary judgment (Doc. No. 79) (the "Order").

The Order granted the Trustee summary judgment on its claim for equitable subrogation and affirmed the validity of the August 7, 2012 foreclosure sale, but it reserved for further adjudication the Trustee's request for a declaration regarding its entitlement to interest and unrecovered advances made since January 30, 2006 under the doctrine of equitable subrogation.

To facilitate entry of a final judgment by the Court while conserving the Parties' and the Court's resources, the Parties stipulate that the Trustee is entitled to interest and unrecovered advances in the following amounts based upon the Court's ruling as provided in the Order:

1

1. Interest of $322,405.15

2. Unrecovered advances of $281,092.84

This stipulation resolves the remaining issues in this case and will allow the Court to enter final judgment. If the Court wishes, the Trustee will submit a proposed final judgment for the Court's consideration.

DATE: June 9, 2021                                      Respectfully submitted,

/s/ Joshua D. Gordon
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
joshua.gordon@lanelaw.com
THE LANE LAW FIRM, P.L.L.C.
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
Telephone: (713) 595-8200
Facsimile: (713) 595-8201

**ATTORNEYS FOR PLAINTIFFS**

/s/ Kyle A. Owens
**RICHARD A. SAYLES, Lead Counsel**
Texas Bar No. 17697500
dsayles@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
(214) 939-8700
(214) 939-8787 (Facsimile)

**CHRISTOPHER D. KRATOVIL**
Southern District Bar No. 623302
Texas Bar No. 24027427
ckratovil@dykema.com
**ADAM NUNNALLEE**
Southern District Bar No. 1287826
Texas Bar No. 2405743
anunnallee@dykema.com

2

        **KYLE A. OWENS**
        Southern District Bar No. 590511
        Texas Bar No. 24046573
        kowens@dykema.com
        **DYKEMA GOSSETT, PLLC**
        1717 Main Street, Suite 4200
        Dallas, Texas 75201
        Telephone: (214) 462-6400
        Facsimile:  (214) 462-6401

        **ATTORNEYS FOR TRUSTEE**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served upon on all counsel of record on June 9, 2021, in compliance with the Federal Rules of Civil Procedure.

        */s/  Kyle A. Owens*
        Kyle A. Owens

100767.001965  4822-9936-3821.2